

### August 27, 2010

| | | |
|---|---|---|
| 29503 | Baker v. Department of Hawaiian Home Lands | Affirmed |

### August 31, 2010

| | | |
|---|---|---|
| 28316 | Fyffe v. Hue | Affirmed, Vacated and Remanded |
| 29928 | State v. Solodar | Vacated and Remanded |
| 29961 | Villanueva v. State | Affirmed |

### September 30, 2010

| | | |
|---|---|---|
| 28788 | Farmer v. Pacific Specialty Ins. Co. | Affirmed |

### October 25, 2010

| | | |
|---|---|---|
| 29874 | Young v. State, Dept. of Health | Affirmed |

### October 29, 2010

| | | |
|---|---|---|
| 28543 | Young v. Van Buren | Affirmed |

### November 16, 2010

| | | |
|---|---|---|
| 29977 | Fernandez v. State | Affirmed |
| 29603 | Mathison v. State | Affirmed |
| 28473 | Steigman v. Outrigger Enterprises, Inc. | Affirmed |

### November 22, 2010

| | | |
|---|---|---|
| 29547 | Carter v. University of Hawaii | Affirmed |

### November 24, 2010

| | | |
|---|---|---|
| 29923 | State v. Durham | Affirmed |

### March 28, 2012

| | | |
|---|---|---|
| 30565 | Brown v. Hawaii Medical Service Ass'n | Affirmed |

### March 30, 2012

| | | |
|---|---|---|
| CAAP–11–00 00131 | State v. Tasani | Affirmed |

### April 4, 2012

| | | |
|---|---|---|
| CAAP–11–00 00428 | Hodges v. State | Affirmed |